**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| **ADRIANNA NICOLE RICKS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24-cv-00034-EWH-RJK |
| | ) |
| **HIRERIGHT, LLC,** | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT HIRERIGHT, LLC'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Local Rule 7.1 of the Eastern District of Virginia, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant HireRight, LLC certifies that it is a wholly owned direct subsidiary of Corporate Risk Holdings, LLC, and a wholly owned indirect subsidiary of HireRight Holdings Corporation, which is a publicly traded company (NYSE: HRT). No publicly held company other than HRT owns 10% or more of HireRight's stock, and no publicly held company owns 10% or more of HRT's stock.

Date: April 16, 2024

**HIRERIGHT, LLC**

*/s/ Leah A. Tedford*
Leah A. Tedford, VSB No. 88964
MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone: 215.772.7401
Fax: 215.772.7620
Email: ltedford@mmwr.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

Dated: April 16, 2024              */s/ Leah A. Tedford*
                                   Leah A. Tedford

                                   *Counsel for Defendant*