# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### NEWPORT NEWS DIVISION

| | |
|---|---|
| **ADRIANNA NICOLE RICKS,** | |
| **Plaintiff,** | Civil Action No.: 4:24-cv-00034-EWH-RJK |
| v. | |
| **HIRERIGHT, LLC** | |
| **Defendant.** | |

## NOTICE OF ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT

Please take notice that on May 20, 2024, Plaintiff Adrianna Ricks ("Plaintiff" or "Ms. Ricks") by and through her counsel served notice of acceptance of Defendant HireRight, LLC's ("HireRight") Offer of Judgment dated May 17, 2024, filed herewith.

Respectfully,

**ADRIANNA NICOLE RICKS**

*/s/*
Susan M. Rotkis, VSB 40693
Consumer Attorneys, PLC
2290 East Speedway Blvd.
Tucson, AZ 85719
Telephone: (602) 847-1504
Fax: (602) 847-1504
Email: srotkis@consumerattorneys.com

*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2023, 1 electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                               */s/*
                                      Susan M. Rotkis, VSB 40693
                                      Consumer Attorneys, PLC
                                      2290 East Speedway Blvd.
                                      Tucson, AZ 85719
                                      Telephone: (602) 847-1504
                                      Fax: (602) 847-1504
                                      Email: srotkis@consumerattorneys.com