UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| **ADRIANNA NICOLE RICKS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24-cv-00034-EWH-RJK |
| | ) |
| **HIRERIGHT, LLC,** | ) |
| | ) |
| Defendant | ) |

**DEFENDANT'S NOTICE OF AGREEMENT
ON AMOUNT OF ATTORNEYS' FEES AND COSTS**

Defendant HireRight, LLC notifies the Court that, per Plaintiff's acceptance of HireRight's offer of judgment, *see* ECF 9, 9-1 (Section 2.a.), the Parties have agreed on an additional award for Plaintiff's reasonable costs and attorney's fees of $10,500.

Dated: May 31, 2024            **HIRERIGHT, LLC**

*/s/ Leah A. Tedford*
Leah A. Tedford, VSB No. 88964
MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone: 215.772.7401
Fax: 215.772.7620
ltedford@mmwr.com

*Counsel for Defendant HireRight, LLC*

1

## CERTIFICATE OF SERVICE

    I certify that on May 31, 2024, I filed the foregoing Defendant's Notice of Agreement on Amount of Attorneys' Fees and Costs with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this matter.

                                             */s/ Leah A. Tedford*
                                             Leah A. Tedford