# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Newport News Division

**ADRIANNA NICOLE RICKS,**

    Plaintiff,

v.                                           Action No. 4:24-CV-00034-EWH-RJK

**HIRERIGHT, LLC,**

    Defendant.

## JUDGMENT ON ACCEPTED OFFER

**IT IS ORDERED and ADJUDGED** that, in accordance with the accepted offer of judgment filed pursuant to Rule 68 of the Federal Rules of Civil Procedure, the plaintiff, Adrianna Nicole Ricks, recover of the defendant, HireRight, LLC, as follows:

1. Judgment shall be entered against HireRight in the amount of $35,001.00 for all violations arising out of the facts alleged against HireRight in Plaintiff's Complaint.
2. Reasonable costs and attorney's fees in the amount of $10,500.00 incurred by plaintiff in relation to this case.

Dated: June 3, 2024                                 FERNANDO GALINDO, Clerk

                                                             By    /s/
                                                             B. Cornwell, Deputy Clerk